ROSE *v.* COMMON COUNCIL OF ANN ARBOR.

INTOXICATING LIQUORS—APPROVAL OF BOND—MANDAMUS.
  Where the legislature prohibited the sale of intoxicating liquors
    within a certain portion of a city after relator's application to
    the common council for the approval of a bond for the sale of
    liquors within such district, *mandamus* to compel the council
    to approve such bond was denied.

*Certiorari* to Washtenaw; Kinne, J.    Submitted July
8, 1903.    (Calendar No. 19,988.)    Decided July 8, 1903.

*Mandamus* by Joseph L. Rose to compel the common
council of the city of Ann Arbor to approve a liquor bond.
From an order granting the writ, respondent brings
*certiorari.*    Reversed.

*John W. Bennett*, for relator.

*Thomas D. Kearney*, for respondent.

PER CURIAM.    The question involved in this suit is
respondent's authority to pass an ordinance forbidding the
sale of intoxicating liquors in a certain section of the city
of Ann Arbor.    Since this suit was brought to this court,
the legislature, by Act No. 543, Local Acts 1903, has pro-
hibited such sales in that section.    There is, therefore, no
occasion to determine what relator's rights were under the
former law.    *Preferred Tontine Mercantile Co.* v.
*Secretary of State*, 133 Mich. 395 (95 N. W. 417).

The case will be remanded, to enable respondent to
procure in the lower court a vacation of the order com-
plained of.    No costs will be allowed.